Herbert J. MATTSON, Appellant,

v.

Bruce HOBLITZELL, Sheriff and Jailer, Jefferson County Jail, Louisville, Kentucky, Appellee.

No. 13688.

United States Court of Appeals
Sixth Circuit.

April 21, 1959.

Herbert J. Mattson, Represa, Cal., in pro. per.

David L. Gittleman, Asst. County Atty., Jefferson County, Ky., Louisville, Ky., for appellee.

Before MARTIN, Chief Judge, ALLEN, Circuit Judge, and MATHES, District Judge.

PER CURIAM.

This appeal from the dismissal of appellant's complaint [entitled "Specific Performance—Delivery Property"] in the United States District Court has been heard on the disjointed, incoherent papers filed by the appellant, Herbert J. Mattson, and upon the argument of counsel for appellee;

And this court, having duly considered all the papers filed in the case and the argument of appellee's counsel, is of opinion that there is no merit in appellant's contentions;

Accordingly, the order of dismissal is affirmed.

H. W. PHILLIPS & SONS, INC.,
Appellant,

v.

ST. LOUIS-SOUTHWESTERN RAIL-
WAY LINES, Appellee.

No. 13693.

United States Court of Appeals
Sixth Circuit.

April 22, 1959.

W. Wright Mitchell, and William E. Walsh, Jr., Memphis, Tenn., for appellant.

J. Martin Regan of counsel, Canada, Russell & Turner, Memphis, Tenn., for appellee.

Before ALLEN and McALLISTER, Circuit Judges, and CHOATE, District Judge.

PER CURIAM.

This cause has been heard and considered upon the oral arguments and briefs of attorneys for the parties and upon the record in the case;

And it appearing that the verdict for the appellee-cross claimant is supported by substantial evidence, and that no reversible error appears in the record,

The judgment of the District Court be and it is hereby affirmed.